**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LANDMARK SNACKS LLC, and UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBER W30D3D210101, as subrogee of Landmark Snacks LLC;** | **8:24CV42** |
| **Plaintiffs,** | |
| **vs.** | **ORDER** |
| **SCOTTSDALE INSURANCE COMPANY,** | |
| **Intervenor Plaintiff** | |
| **vs.** | |
| **GILMAN CHEESE CORPORATION,** | |
| **Defendant/Third-Party Plaintiff,** | |
| **vs.** | |
| **COOPERATIVE DAIRY MARKETING, LLC,** | |
| **Third-Party Defendant/Third-Party Plaintiff,** | |
| **vs.** | |
| **BIERY CHEESE CO., and CHEESE PIRATES, LLC,** | |
| **Third-Party Defendants.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 27, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 27th day of April, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge